## STATE STREET BANK AND TRUST COMPANY, TRUSTEE *v.* JOSEPH A. WICKLIFFE ET AL.
### (14378)

O'Connell, Foti and Heiman, Js.

Argued September 14—decision released October 10, 1995

*Sharon C. Webb*, with whom, on the brief, was *Geoffrey A. Hecht*, for the appellant (named defendant).

*Charles Basil*, with whom, on the brief, were *James R. Byrne* and *Adam L. Bendett*, for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed and the case is remanded for the purpose of setting a new sale date.